THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for ADRIAN TAMAYO*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN TAMAYO,<br><br>Defendant. | CASE NO.:    2:19-cr-012-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by Defendant Adrian Tamayo, by and through his attorney, Thomas A. Ericsson, Esq., and the United States of America, by and through Allison Reese, Esq., Assistant U.S. Attorney, that the sentencing hearing currently scheduled for August 12, 2021, at the hour of 10:00 a.m., be vacated and continued for at least thirty (30) days to a date and time that is convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Defense Counsel for Mr. Tamayo requires additional time to meet with and finalize preparation with Mr. Tamayo for his sentencing hearing.

2. Mr. Tamayo is currently in custody.

3. Counsel for Mr. Tamayo has spoken with AUSA Allison Reese, and the Government agrees to the continuance.

4. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. Rule 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. The additional time requested herein is not sought for the purposes of undue delay.

6.   Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED: August 6, 2021

Respectfully submitted,


*/s/ Thomas A. Ericsson*          */s/ Allison Reese*
Thomas A. Ericsson, Esq.          Allison Reese, Esq.
Oronoz & Ericsson, LLC            Assistant United States Attorney
1050 Indigo Dr., Suite 120        U.S. Attorneys Office
Las Vegas, Nevada 89145           501 Las Vegas Blvd. South, Suite 1100
Attorney for Defendant Tamayo     Las Vegas, Nevada 89101
                                  Attorney for the United States of America

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of Oronoz & Ericsson, LLC, and over the age of 18 years. A copy of this Stipulation to Continue Sentencing was served upon counsel of record via Electronic Case Filing (ECF).

Dated this 6th day of August, 2021.

/s/ *Jan Ellison*
Oronoz & Ericsson, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

ADRIAN TAMAYO,

         Defendant.

CASE NO.:    2:19-cr-012-RFB-NJK

**ORDER**

      Having considered the foregoing stipulation and proffer of the parties, the Court finds that the ends of justice served by granting said continuance outweigh the best interests of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

      IT IS THEREFORE ORDERED that the Sentencing in this matter currently scheduled for August 12, 2021, at 10:00 a.m., be vacated and continued to the __16th__ day of

_September_____, 2021, at the hour of __10:00 AM_____.

      DATED AND DONE this __9th__ day of ___August_____, 2021.


_____
THE HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE